UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUNIL KUMARAN VETHODY, et al., <br> Plaintiffs, <br> v. <br> NATIONAL DEFAULT SERVICES CORPORATION, et al., <br> Defendants. | Case No.16-cv-04713-VKD <br><br> **ORDER OF DISMISSAL** |

On January 18, 2019, the parties informed the Court that the bankruptcy court had approved the proposed settlement of the dispute between them and that they were in the process of finalizing their settlement. Dkt. No. 119. Accordingly, on January 18, 2019, the Court issued an Order to Show Cause re Settlement, requiring the parties to file a stipulated dismissal by March 19, 2019, or file a show cause response by March 26, 2019 and appear before the Court on April 2, 2019. Dkt. No. 120.

On March 26, 2019, the parties filed a joint show cause response representing that all terms and conditions of their settlement agreement had been satisfied but for the dismissal of this action. Dkt. No. 121. Plaintiffs do not oppose dismissal of this action. Accordingly, the Court hereby DISMISSES this action with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

The April 2, 2019 hearing is VACATED. The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

///

///

Dated: March 27, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge